IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MARIA ANN TSONIS,

                Plaintiff,

    v.

KILOLO KIJAKAZI
Commissioner, Soc. Sec. Admin. in official capacity,

                Defendant.

Case No. 1:22-cv-00083-JMK

## SOCIAL SECURITY SCHEDULING ORDER

Pursuant to the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g) ("Supplemental SSA Rules") and Local Civil Rules 16.1(a)(7) and 16.3, the Court establishes the following deadlines:

1. Defendant shall electronically file and serve a certified copy of the agency record no later than 60 days after notice of the action under Rule 3 of the Supplemental SSA Rules. A motion under Federal Civil Rule 12 must be made within 60 days after notice of the action is given under Rule 3. As provided by Rule 4 of the Supplemental SSA Rules, the certified copy of the agency record, and any affirmative defenses under Civil Rule 8(c), may serve as Defendant's answer. The agency record shall be conventionally served on a self-represented plaintiff. A conventional copy of the record need not be filed with the Court, but a conventional copy of the agency record shall be provided for use by the presiding judge.

2. Within 30 days after the filing of the agency record, Plaintiff shall file and serve an opening brief. Failure to timely file the opening brief may subject this case to dismissal.

3. Within 30 days after service of Plaintiff's opening brief, Defendant shall file and serve an answering brief.

4. Plaintiff may file and serve a reply brief within 14 days after service of Defendant's brief.

5. The opening and answering briefs shall not exceed 25 pages. A reply brief may not exceed 15 pages.

6. One extension of time of up to 14 days will be routinely granted for each filing. Any additional extensions of time will require a showing of good cause and will not be routinely granted.

DATED at Anchorage, Alaska this 13th day of February, 2023.

s/JOSHUA M. KINDRED<br>
UNITED STATES DISTRICT JUDGE