# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| MARIA ANN T.<br>*Plaintiff*<br>v.<br>KILOLO KIJAKAZI, Acting Commissioner of Social Security<br>*Defendant* | )<br>)<br>) Civil Action No. 1:22-cv-00083-JMK<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT this matter is **REVERSED** and **REMANDED** to the Commissioner for the immediate calculation and award of benefits.

APPROVED:

**s/Joshua M. Kindred**
Joshua M. Kindred
United States District Judge

Date: October 13, 2023

**Brian D. Karth**
Brian D. Karth
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*